# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **ELEAZAR GRANADOS PALACIOS** | **DOCKET NO. 2:26-cv-00185** <br> **SECTION P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MICHAEL MANUEL, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

Before the court is a petition for writ of habeas corpus [doc. 3] filed pursuant to 28 U.S.C. § 2241 by Eleazar Granados Palacios ("Petitioner"), through counsel. Petitioner is presently in the custody of ICE, detained at the Allen Parish Safety Complex in Oberlin, Louisiana.

On January 23, 2026, Judge Hicks denied Petitioner's Motion for Temporary Restraining Order and referred this matter to the undersigned for issuance of an expedited briefing schedule and further disposition. Doc. 6.

Accordingly,

**IT IS ORDERED** that Respondents file an answer to the petition (Doc. 3) within <u>21 days</u> of the date of this Order. Petitioner shall have <u>seven days</u> to reply. After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

The Clerk of Court is **INSTRUCTED** that Shannon Smitherman with the U.S. Attorney's Office is to be provided a copy of this Order via email and granted access to the Petition for Writ of Habeas Corpus (doc. 5) and the docket in this matter.

**THUS DONE AND SIGNED** in chambers this 29th day of January, 2026.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**